# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-1363**                          **September Term, 2015**

**EPA-80FR64662**

**Filed On:** May 16, 2016

State of West Virginia, et al.,

      Petitioners

    v.

Environmental Protection Agency and Regina
A. McCarthy, Administrator, United States
Environmental Protection Agency,

      Respondents

------------------------------
American Wind Energy Association, et al.,
      Intervenors
------------------------------
Consolidated with 15-1364, 15-1365,
15-1366, 15-1367, 15-1368, 15-1370,
15-1371, 15-1372, 15-1373, 15-1374,
15-1375, 15-1376, 15-1377, 15-1378,
15-1379, 15-1380, 15-1382, 15-1383,
15-1386, 15-1393, 15-1398, 15-1409,
15-1410, 15-1413, 15-1418, 15-1422,
15-1432, 15-1442, 15-1451, 15-1459,
15-1464, 15-1470, 15-1472, 15-1474,
15-1475, 15-1477, 15-1483, 15-1488

**BEFORE:**    Garland,* Chief Judge, and Henderson, Rogers, Tatel, Brown,
                Griffith, Kavanaugh, Srinivasan, Millett, Pillard,* and Wilkins,
                Circuit Judges

## <u>O R D E R</u>

It is **ORDERED**, on the court's own motion, that these cases, currently scheduled
for oral argument on June 2, 2016, be rescheduled for oral argument before the en
banc court on Tuesday, September 27, 2016 at 9:30 a.m.  It is

_____

* Chief Judge Garland and Circuit Judge Pillard did not participate in this matter.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 15-1363**                      **September Term, 2015**

**FURTHER ORDERED** that the parties and amici curiae provide 25 additional paper copies of all final briefs and appendices to the court by June 1, 2016.

A separate order will issue regarding allocation of oral argument time.


**<u>Per Curiam</u>**


                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

       BY:     /s/
                 Michael C. McGrail
                 Deputy Clerk